UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>DAROON MCDANIEL,<br><br>        Defendant. | No.  2:05-cr-00135-MCE-1<br><br><br><br>**ORDER** |

On January 23, 2012, McDaniel filed a motion to amend his sentence in light of new legislation reducing the sentencing disparity between crack cocaine and powder cocaine.  (ECF No. 23.)  The Court appointed the Sacramento Federal Defender's Office for purposes of this motion only.  (ECF No. 30.)  On March 8, 2013, Assistant Federal Defender David M. Porter requested the Court relieve him as counsel due to irreconcilable differences between himself and McDaniel.  (ECF No. 31.)   The Court grants Assistant Federal Defender Porter's request, and he is hereby relieved as counsel in this case.

///

///

///

///

1

CJA attorney Timothy Warriner will hereby be appointed as new counsel for purposes of the Motion to Reduce Sentence Pursuant to 18 USC 3582(C)(2) only.  (ECF No. 23.)

IT IS SO ORDERED.

**DATED:** March 18, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE