ETAN ZAITSU [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270
etan@zaitsulaw.com

Attorney for Defendant
DARRON MCDANIEL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>DARRON MCDANIEL,<br><br>    Defendant. | 2:05-CR-00135-MCE<br><br>REQUEST AND ORDER FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE IN LIEU OF VIDEO CONFERENCE APPEARANCE<br><br>DATE: January 7, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**REQUEST FOR WAIVER OF PERSONAL APPEARANCE**

Defendant Darron McDaniel, by and through his counsel, hereby requests a waiver of his personal appearance in lieu of video conference appearance pursuant to General Order 624, the Covid-19 pandemic, and the current closure of the United States Eastern District of California courthouse to the public pursuant to General Order 618. The defendant has consulted with his attorney about this waiver and consents to his counsel electronically signing on his behalf pursuant to General Order 616.

Dated: January 7, 2021    /s/ *Darron McDaniel*
               DARRON MCDANIEL
               Defendant

Dated: January 7, 2021    /s/ *Etan Zaitsu*
               ETAN ZAITSU
               Attorney for Defendant
               DARRON MCDANIEL

**ORDER**

The personal appearance of Defendant Darron McDaniel at the January 7, 2021, hearing is waived in lieu of video conference appearance pursuant to General Order 616 and 624.

IT IS SO ORDERED.

Dated: January 5, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE