Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DARRON MCDANIEL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>DARRON MCDANIEL,<br><br>          Defendant. | Case No.: 2:05-CR-00135 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING REGARDING SUPERVISED RELEASE VIOLATION** |

## STIPULATION

Defendant Darron McDaniel by and through undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. Defendant's Dispositional Hearing is currently set for February 11, 2021.

2. By this stipulation, the parties now move to continue the hearing to March 18, 2021.

3. This continuance will allow the defendant to review documents and adequately prepare for the hearing.

4. Sentencing memorandum or motion in advance of imposition of judgment and sentencing, said memorandum or motion shall l be filed on or before 5:00 p.m., seven (7)

1

**Stipulation and Order to Continue Dispositional Hearing**

calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing.

U.S. Probation has been consulted and has no objection to this continuance.

IT IS SO STIPULATED

Dated:  February 11, 2021         /s/ ETAN ZAITSU
                                  ETAN ZAITSU
                                  Attorney for Defendant
                                  DARRON MCDANIEL

Dated: February 11, 2021          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ DENISE YASINOW
                                  DENISE YASINOW
                                  Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  February 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

**Stipulation and Order to Continue Dispositional Hearing**