Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DARRON MCDANIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DARRON MCDANIEL,<br><br>          Defendant. | Case No.: 2:05-CR-00135 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING REGARDING SUPERVISED RELEASE VIOLATION** |

### STIPULATION

Defendant Darron McDaniel by and through undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. Defendant's Dispositional Hearing is currently set for March 18, 2021.

2. By this stipulation, the parties now move to continue the hearing to **April 1, 2021, at 10:00 a.m**.

3. This continuance will allow the defendant to continue reviewing and obtaining documents and to adequately prepare for the hearing.

1

**Stipulation and Order to Continue Dispositional Hearing**

4. Sentencing memorandum or motion in advance of imposition of judgment and sentencing, shall l be filed on or before 5:00 p.m., seven (7) calendar days in advance of the new date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the new date set for judgment and sentencing.

U.S. Probation has been consulted and has no objection to this continuance.

IT IS SO STIPULATED

Dated:  March 10, 2021            /s/ ETAN ZAITSU
                                  ETAN ZAITSU
                                  Attorney for Defendant
                                  DARRON MCDANIEL

Dated: March 10, 2021             /s/ DENISE YASINOW
                                  DENISE YASINOW
                                  Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**.

Dated:  March 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Dispositional Hearing**