1  ETAN ZAITSU [SBN 287106]
   Attorney at Law
2
   Zaitsu Law
3  331 J Street, Suite 200
   Sacramento, CA 95814
4  916.542.0270
   etan@zaitsulaw.com
5
   Attorney for Defendant
6  DARRON MCDANIEL

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            2:05-CR-00135-MCE

12              Plaintiff,              ORDER FOR WAIVER OF DEFENDANT'S
                                        PERSONAL APPEARANCE IN LIEU OF VIDEO
                                        CONFERENCE APPEARANCE
13        v.

14 DARRON MCDANIEL,                     DATE:  March 29, 2021
                                        TIME:  10:00 a.m.
                Defendant.              COURT: Hon. Morrison C. England, Jr.
15

16

17

18     IT IS HEREBY ORDERED that the personal appearance of Defendant Darron McDaniel is

19 waived in lieu of video conference appearance pursuant to General Order 616 and 624.

20     IT IS SO ORDERED.

21 Dated:  March 31, 2021

22                                      _____
                                        MORRISON C. ENGLAND, JR
23                                      SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

27

28

WAIVER OF IN-PERSON APPEARANCE                 1