Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DARONN MCDANIEL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DARONN MCDANIEL,<br><br>                    Defendant. | Case No.: 2:05-CR-00135 DAD<br><br>**STIPULATION AND ORDER TO RESET THE FILING AND REVOCATION HEARING DATE** |

## STIPULATION

The parties, defendant Daronn McDaniel and the United States, through their respective undersigned counsel, stipulate and request to set the following sentencing schedule: sentencing memorandums for either party shall be due no later than July 2, 2024; defendant's revocation and sentencing date shall be held on July 9, 2024, at 9:30am before the Honorable Dale A. Drozd. The request is based on the following stipulated facts and circumstances:

1. On April 9, 2024, the Court issued an arrest warrant for the defendant based upon Probation's Petition for Violation of Supervised Release – unlawful use of Fentanyl. Dkt. 76.

**STIPULATION TO RESET DEFENDANT'S REVOCATION HEARING**

2. McDaniel made his initial appearance before the Honorable Magistrate Deborah Barnes on April 11, 2020, where he was ordered detained. Dkt. 79.

3. McDaniel admitted to the violation on April 18, 2024. Dkt. 81. The Court then set his final revocation hearing on May 30, 2024.

4. Probation filed its Dispositional Memorandum on May 22, 2024.  Dkt. 84.

5. On or around May 29, 2024, counsel for the defendant contacted the attorney for the government and Probation seeking a short continuance due to difficulties meeting with the defendant who had been transferred to the Yuba County Jail. The government agreed to any date other than June 19-21. Counsel for the defendant then reached out to the Honorable Senior Judge Morrison C. England Jr.'s courtroom deputy for available dates in June 2024. Because the Court was not available until the last week of July, "[o]n the Court's own motion and pursuant to the senior status of District Judge Morrison C. England, Jr.," the Court directed the Clerk of Court "to reassign this case to another district judge for all further proceedings." Dkt. 86. At that time, all hearings and due dates were vacated.

6. On June 21, 2024, the Clerk of the Court randomly reassigned this case to the Honorable Dale A. Drozd. Dkt. 87.

7. The parties now wish to put the matter back on calendar.


SO STIPULATED


Dated:  June 24, 2024                    /s/ ETAN ZAITSU
                                        ETAN ZAITSU
                                        Attorney for Defendant
                                        DARRON MCDANIEL


Dated:  June 24, 2024                    /s/ DENISE YASINOW
                                        DENISE YASINOW
                                        Assistant United States Attorney

**STIPULATION TO RESET DEFENDANT'S REVOCATION HEARING**

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing memorandums for either party shall be due no later than July 2, 2024 and defendant's revocation and sentencing hearing will be held on July 9, 2024, at 9:30 a.m. before the undersigned.

IT IS SO ORDERED.

Dated:  **June 25, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**STIPULATION TO RESET DEFENDANT'S REVOCATION HEARING**